**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEXANDER GUREVITCH and IRINA GUREVITCH,

                Plaintiffs,

  -against-                         23 **CIVIL** 8156 (CS)

                                            **JUDGMENT**

EMERALD GREEN PROPERTY OWNERS ASSOCIATION, INC., MARVIN NEWBERG, and "JOHN and JANE DOES" 1 through 10,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 27, 2025, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 27, 2025

                                                             **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                      **BY:**

                                                                 **Deputy Clerk**